**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1**
**Eastern Division**

Glen Ellyn Pharmacy, Inc.

                                        Plaintiff,

v.                                                      Case No.: 1:13–cv–00002
                                                        Honorable Charles R. Norgle Sr.

Medical Discount Services, Inc., et al.

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 7, 2013:

        MINUTE entry before Honorable Susan E. Cox: Status hearing set for 5/9/13 at
9:30 a.m. is stricken. Case no longer referred to the Honorable Susan E. Cox. Mailed
notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.